# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Caroline Grinage, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-03278-WMN |
| v. | : |
| Pioneer Credit Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: March 19, 2014

                                                              Respectfully submitted,
                                                            By /s/ Sergei Lemberg
                                                            Sergei Lemberg
                                                            LEMBERG LAW L.L.C.
                                                            A Connecticut Law Firm
                                                            1100 Summer Street, 3rd Floor
                                                            Stamford, CT 06905
                                                            Telephone: (203) 653-2250
                                                            Facsimile: (203) 653-3424
                                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Sergei Lemberg

                                              Sergei Lemberg